**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Bryant James, Petitioner,

v.

State of South Carolina, Respondent.

Appellate Case No. 2011-189778

———————

Appeal From Fairfield County
J. Ernest Kinard, Jr., Circuit Court Judge

———————

Unpublished Opinion No. 2013-UP-395
Submitted September 1, 2013 – Filed October 23, 2013

———————

**APPEAL DISMISSED**

———————

Appellate Defender LaNelle Cantey DuRant, of Columbia; and Bryant James, pro se, for Appellant.

Attorney General Alan McCroy Wilson, Chief Deputy Attorney General John W. McIntosh, Senior Assistant Deputy Attorney General Salley W. Elliot, and Assistant Attorney General Suzanne Hollifield White, all of Columbia, for Respondent.

———————

**PER CURIAM:**  Petitioner seeks a writ of certiorari from the denial of his application for post-conviction relief (PCR).

Because there is sufficient evidence to support the PCR judge's finding that Petitioner did not knowingly and intelligently waive his right to a direct appeal, we grant certiorari on Petitioner's Question One and proceed with a review of the direct appeal issue pursuant to *Davis v. State*, 288 S.C. 290, 342 S.E.2d 60 (1986).

Petitioner's direct appeal is dismissed after consideration of Petitioner's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

As to Question Two, the petition for a writ of certiorari is denied.

**APPEAL DISMISSED.**[1]

**SHORT, WILLIAMS, and THOMAS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.